UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KRYSTYNA A. GMYREK,

                      Plaintiff,

-against-

DAYTON BEACH PARK #1
CORPORATION,

                      Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-1581 (JG)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ OCT - 5 2007 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 3, 2007, granting defendant Dayton Beach Park #1 Corporation motion for summary judgment dismissing plaintiff Krystyna Gmyrek's claims of discrimination; dismissing plaintiff's claims; and directing the Clerk of Court to enter judgment for Dayton Beach; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant Dayton Beach Park #1 Corporation motion for summary judgment dismissing plaintiff Krystyna Gmyrek's claims of discrimination is granted; that plaintiff's claims are dismissed; and that judgment is hereby entered for Dayton Beach Park #1 Corporation.

Dated: Brooklyn, New York
       October 05, 2007

ROBERT C. HEINEMANN
Clerk of Court

By s/ Terry Vaughn
*Chief Deputy*